IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LARA E. GILL**                                                                                                     **PLAINTIFF**

**VS.**                                                       **CIVIL ACTION NO. 3:16cv654 HTW-LRA**

**CITY OF JACKSON, MISSISSIPPI, MONICA JOINER, IN                DEFENDANTS
HER OFFICIAL AND INDIVIDUAL CAPACITIES, AND
UNKNOWN JOHN/JANE DOES
DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This cause came on to be heard on the joint ore tenus Motion of Plaintiff, Lara E. Gill and the Defendants, the City of Jackson, Mississippi, and Monica Joiner, in her official and individual capacities, through respective counsel, to dismiss this civil action with prejudice. This Court, having been informed that the Parties have entered into a settlement agreement, resolving all claims asserted in this civil action, finds that the Motion is well-taken.

SO ORDERED and ADJUDGED that Plaintiff and Defendants' ore tenus Motion is granted and that this civil action is dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the parties will each bear their own respective costs in associated herewith.

SO ORDERED, this 14th day of April, 2017.

                                        **s/ HENRY T. WINGATE**
                                        **UNITED STATES DISTRICT COURT JUDGE**


JOINTLY SUBMITTED BY:

/s *Lara E. Gill*
Lara E. Gill, Esq.
*Plaintiff*

1

/s *Clarence Webster, III*
Clarence Webster, III, Esq.
*Attorney for Defendants*